UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI SILAKOV,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,<br><br>                              Respondent. | Case No.:  3:26-cv-2301-CAB-VET<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10] |

Petitioner Sergei Silakov filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The parties have now jointly moved to dismiss the case without prejudice because Petitioner was released from immigration custody on May 28, 2026. [Doc. No. 10.]  The Court **GRANTS** the motion and **DISMISSES** the case without prejudice.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-2301-CAB-VET